RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:    (702) 839-1100
Facsimile:     (702) 839-1113
***Attorneys for Defendant,
Progressive Direct Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SPENCER L. KIRKSEY, JR., individually,<br><br>               Plaintiff,<br><br>vs.<br><br>PRGRESSIVE DIRECT INSURANCE COMPANY, a Ohio Corporation for Profit; DOES I-X, and ROE CORPORATIONS I -X, inclusive,<br><br>               Defendants. | Case No:  2:20-cv-0557GMN-EJY |

**STIPULATION AND ORDER FOR DISMISSAL OF
EXTRA-CONTRACTUAL (BAD FAITH AND PUNITIVE DAMAGES) CLAIMS**

IT IS HEREBY STIPULATED by and between Plaintiff, SPENCER L. KIRKSEY, JR., by and through his attorney of record, KEVIN SPRENZ, ESQ. of SPRENZ LAW and Defendant, PROGRESSIVE DIRECT INSURANCE COMPANY, by and through its attorney, JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that Plaintiff's claims for extra-contractual (bad faith), punitive damages (including but not limited to Plaintiff's Second, Third and Fourth Cause of Action), and any other claims involving claims outside of the contractual relationship between PROGRESSIVE DIRECT INSURANCE COMPANY, and SPENCER L. KIRKSEY, Jr., are hereby dismissed, with prejudice.

The claims for contractual UIM benefits remain for determination.

. . .

1  Both sides acknowledge that each side will bear their own attorneys' fees and costs as it
2  relates to the litigation thus far completed.

3  DATED:  Nov. 23, 2020                    DATED:  Nov. 23, 2020

4  **SPRENZ LAW**                           **DENNETT WINSPEAR, LLP**

6  By  /s/ Kevin A. Sprenz                  By  /s/ Jennifer Insley Micheri
   KEVIN A. SPRENZ, ESQ.                    RYAN L. DENNETT, ESQ.
7  Nevada Bar No. 7924                      Nevada Bar No. 005617
   9960 W. Cheyenne Ave., Ste. 170          JENNIFER INSLEY MICHERI, ESQ.
8  Las Vegas, Nevada 89129                  Nevada Bar No. 10089
   Telephone:  (702)243-4900                3301 N. Buffalo Drive, Suite 195
9  *Attorneys for Plaintiff,*               Las Vegas, Nevada  89129
   *Kevin A. Sprenz*                        Telephone:  (702) 839-1100
10                                          Facsimile:   (702) 839-1113
                                            *Attorneys for Defendant,*
11                                          *Progressive Direct Insurance Co.*

**ORDER**

IT IS SO ORDERED.

DATED: November 23, 2020

_____
U.S. [REDACTED] JUDGE